# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

DELVON L. KING,

    Plaintiff,

v.

ROBERT C. NALLEY,

    Defendant.

Civil Action No. TDC-17-0628

## ORDER

On May 9, 2017, Defendant Robert C. Nalley filed his Motion to Dismiss for Failure to State a Claim or, in the Alternative, for Summary Judgment. ECF No. 6. However, under the Case Management Order, the Court ordered that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 3. Nalley has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion, ECF No. 6, is DENIED WITHOUT PREJUDICE.

2. Nalley is directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by May 15, 2017.

3. A pre-motion conference is scheduled for **May 17, 2017** at **9:00 a.m.** Instructions for the call will be sent to the parties at a later date.

Date: May 10, 2017

THEODORE D. CHUANG  
United States District Judge